# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| A. ARMEDA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>FARM BUREAU LIFE INSURANCE COMPANY D/B/A FARM BUREAU FINANCIAL SERVICES, a Foreign Corporation,<br><br>    Defendant. | Case No. 2:16-cv-01091-APG-NJK<br><br>**ORDER DENYING AS MOOT DEFENDANT'S AND PLAINTIFF'S MOTIONS FOR DECLARATORY JUDGMENT**<br><br>(ECF Nos. 15, 16) |

Both parties filed motions seeking declaratory relief (ECF Nos. 15, 16), and FBL also sought dismissal of the plaintiff's complaint (ECF No. 21). On December 5th, I granted FBL's motion to dismiss, giving Mrs. Thomas leave to amend her complaint. My order addressed and disposed of the issues raised in each motion for declaratory judgment.

IT IS THEREFORE ORDERED that the defendant's and plaintiff's motions for declaratory judgment **(ECF Nos. 15, 16) are DENIED without prejudice as moot**.

DATED this 7th day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE