UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| A. ARMEDA THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FARM BUREAU LIFE INSURANCE COMPANY D/B/A FARM BUREAU FINANCIAL SERVICES, a Foreign Corporation,<br><br>    Defendant. | Case No. 2:16-cv-01091-APG-NJK<br><br>**ORDER DISMISSING CASE** |

  On December 5, 2016, I granted the defendant's motion to dismiss and granted plaintiff A. Armeda Thomas leave to amend the complaint to cure the defects in her claim if sufficient facts exist. ECF No. 24. I directed Thomas to file the amended complaint within 21 days of entry of that order. *Id.* Thomas did not file an amended complaint. Defendant Farm Bureau Life Insurance Company's counterclaim remains pending. The parties therefore shall file a status report on or before March 30, 2017 regarding how they wish to proceed in relation to the counterclaim.

  IT IS THEREFORE ORDERED that the parties shall file a status report on or before March 30, 2017 regarding how they wish to proceed in relation to the counterclaim.

  DATED this 1st day of March, 2017.

                    _____
                    ANDREW P. GORDON
                    UNITED STATES DISTRICT JUDGE